```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
                             H-10-01
```

FILED

2010 NOV 10 P 2: 50

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:07 Cr. 12 (JCH) |
| | : | |
| CIPRIAN DUMITRU TUDOR, | : | VIOLATIONS: 18 U.S.C. § 1349 |
| MIHAI CRISTIAN DUMITRU, | : | (Conspiracy to commit bank fraud); |
| BOGDAN BOCEANU, | : | 18 U.S.C. § 1029(b)(2) (Conspiracy |
| BOGDAN-MIRCEA STOICA, | : | to commit fraud in connection with |
| OCTAVIAN FUDULU, | : | access devices); 18 U.S.C. § 1028A |
| IULIAN SCHIOPU, | : | (Aggravated identity theft); 18 |
| RAZVAN LEOPOLD SCHIBA, | : | U.S.C. § 2 (aiding and abetting) |
| DRAGOS RAZVAN DAVIDESCU, | : | |
| ANDREI BOLOVAN, | : | |
| LAURENTIU CRISTIAN BUSCA, | : | |
| GABRIEL SAIN, | : | |
| DRAGOS NICOLAE DRAGHICI, | : | |
| STEFAN SORIN ILINCA and | : | |
| MIHAI ALEXANDRU DIDU, | : | |
| | : | |
| Defendants. | : | |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that, at all times relevant to this Indictment:

### COUNT ONE
(Conspiracy to commit bank fraud)

1.  A "phishing" scheme is a scheme directed against multiple individuals on the Internet to obtain private personal and financial information, such as names, addresses, bank account numbers, credit or debit card numbers, Social Security account numbers, and personal identification numbers, through fraud and deceit.

2.  From in or about 2004 through in or about 2007, in the District of Connecticut and elsewhere, CIPRIAN DUMITRU TUDOR,

MIHAI CRISTIAN DUMITRU, BOGDAN BOCEANU, BOGDAN-MIRCEA STOICA, OCTAVIAN FUDULU, IULIAN SCHIOPU, RAZVAN LEOPOLD SCHIBA, DRAGOS RAZVAN DAVIDESCU, ANDREI BOLOVAN, LAURENTIU CRISTIAN BUSCA, GABRIEL SAIN, DRAGOS NICOLAE DRAGHICI, STEFAN SORIN ILINCA, and MIHAI ALEXANDRU DIDU, defendants herein, and others known and unknown, knowingly did conspire, combine, confederate, and agree to obtain private personal and financial information of others through phishing and to use that information to obtain money, goods, and services to which they were not entitled.

Defendants and Conspirators

3. CIPRIAN DUMITRU TUDOR, MIHAI CRISTIAN DUMITRU, BOGDAN BOCEANU, BOGDAN-MIRCEA STOICA, OCTAVIAN FUDULU, IULIAN SCHIOPU, RAZVAN LEOPOLD SCHIBA, DRAGOS RAZVAN DAVIDESCU, ANDREI BOLOVAN, LAURENTIU CRISTIAN BUSCA, GABRIEL SAIN, DRAGOS NICOLAE DRAGHICI, STEFAN SORIN ILINCA, and MIHAI ALEXANDRU DIDU, defendants herein, were residents of Craiova, Romania.

The Scheme to Defraud

4. A phishing scheme uses the Internet to communicate with large numbers of potential victims, only a fraction of whom respond and are actually victimized. Such schemes often work by sending fraudulent and counterfeit email, i.e., "spam," to potential victims. The email, which appears to originate from legitimate banks, companies, or services providers, requests that

potential victims provide or update private personal and financial information.

5. In this case, for example, one of the spam emails used by the defendants purported to be from People's Bank, which is based in Bridgeport, Connecticut. The email was sent, on or about June 13, 2005, to an individual in Madison, Connecticut, among others. The email read, in pertinent part:

> Dear People's Bank Client,
> For your security, the profile that you are using to access People's Bank Online Banking has been locked because of too many failed login attempts. You can unlock this profile online by selecting an option below:
>
> Unlock your profile with:
> My ATM/Visa Check Card number and PIN.
> Other personal information (Social Security Number, Account #, etc)
> E-mail address.
>
> We regret any inconvenience this may cause you.
>
> Sincerely,
> People's Bank  Account Review Department.

6. An individual who clicked on the spam email purporting to be from People's Bank would be re-directed to one or more fraudulent Internet sites, or "web pages," that falsely appeared to originate from People's Bank. In fact, the fraudulent web pages were actually hosted on a compromised computer unrelated to People's Bank, without the knowledge or permission of the computer's owner.

7. An individual re-directed to the fraudulent web pages would be asked to provide private personal and financial

information, such as first name, last name, date of birth, Social Security number, credit or debit card number, expiration date, CVV code, personal identification number ("PIN"), and telephone number. Any information provided by the individual would be sent by email to one or more of the defendants or to a "collector" account, i.e., an email account used to receive and collect the information obtained through phishing.

8. CIPRIAN DUMITRU TUDOR and MIHAI CRISTIAN DUMITRU, defendants herein, and others known and unknown, used and shared a number of collector accounts, including "pulawork@yahoo.com," "vercarti1@yahoo.com" and "fly4hell@yahoo.com."

9. In or about March 2006, the "vercarti1@yahoo.com" and "fly4hell@yahoo.com" accounts held approximately 138 and 667 email messages, respectively, that contained, inter alia, credit or debit card numbers, expiration dates, CVV codes, PIN numbers, and other personal identification information such as names, addresses, telephone numbers, dates of birth, and Social Security numbers.

10. In or about October 2006, the "pulawork@yahoo.com" account held approximately 228 email messages that contained, inter alia, credit or debit card numbers, expiration dates, CVV codes, PIN numbers, and other personal identification information such as names, addresses, telephone numbers, dates of birth, and Social Security numbers.

4

11. Other financial institutions and Internet companies targeted by the defendants included Ebay/PayPal, Capital One, Citibank, Bank of America, JPMorgan Chase & Co., Comerica Bank, Regions Bank, LaSalle Bank, U.S. Bank, and Wells Fargo & Co.

Objects of the Conspiracy

12. From in or about 2004 through in or about 2007, in the District of Connecticut and elsewhere, CIPRIAN DUMITRU TUDOR, MIHAI CRISTIAN DUMITRU, BOGDAN BOCEANU, BOGDAN-MIRCEA STOICA, OCTAVIAN FUDULU, IULIAN SCHIOPU, RAZVAN LEOPOLD SCHIBA, DRAGOS RAZVAN DAVIDESCU, ANDREI BOLOVAN, LAURENTIU CRISTIAN BUSCA, GABRIEL SAIN, DRAGOS NICOLAE DRAGHICI, STEFAN SORIN ILINCA, and MIHAI ALEXANDRU DIDU, defendants herein, and others known and unknown, knowingly did conspire, combine, confederate, and agree to commit offenses against the United States, to wit:

    a.   knowingly to execute, and attempt to execute, a scheme to defraud a financial institution, and to obtain moneys, funds, credits, assets, and other property owned by, and under the custody and control of, a financial institution, by means of material false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

5

Manner and Means of the Conspiracy

       13.   It was a part of the conspiracy that CIPRIAN DUMITRU TUDOR, MIHAI CRISTIAN DUMITRU, BOGDAN BOCEANU, BOGDAN-MIRCEA STOICA, OCTAVIAN FUDULU, IULIAN SCHIOPU, RAZVAN LEOPOLD SCHIBA, DRAGOS RAZVAN DAVIDESCU, ANDREI BOLOVAN, LAURENTIU CRISTIAN BUSCA, GABRIEL SAIN, DRAGOS NICOLAE DRAGHICI, STEFAN SORIN ILINCA, and MIHAI ALEXANDRU DIDU, defendants herein, and others known and unknown:

    a.   devised fraudulent email messages with false header information to induce individual recipients of the messages to click on a link, which would lead to one or more fraudulent web pages requesting the individual's private personal and financial information;

    b.   created fraudulent web pages and gained unauthorized access to Internet servers which they used to host the fraudulent web pages;

    c.   collected and shared the private personal and financial information that was fraudulently obtained;

    d.   used the private personal and financial information that was fraudulently obtained to access bank accounts and lines of credit and to withdraw funds without authorization; and

e.  collected and shared the tools, including files, software programs, and email accounts, used to facilitate the phishing scheme.

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO
(Conspiracy to commit fraud in connection with access devices)

14. Each allegation set forth in paragraphs 1 through 13 is incorporated as if fully set forth herein.

Objects of the Conspiracy

15. From in or about 2004 through in or about 2007, in the District of Connecticut and elsewhere, CIPRIAN DUMITRU TUDOR, MIHAI CRISTIAN DUMITRU, BOGDAN BOCEANU, BOGDAN-MIRCEA STOICA, OCTAVIAN FUDULU, IULIAN SCHIOPU, RAZVAN LEOPOLD SCHIBA, DRAGOS RAZVAN DAVIDESCU, ANDREI BOLOVAN, LAURENTIU CRISTIAN BUSCA, GABRIEL SAIN, DRAGOS NICOLAE DRAGHICI, STEFAN SORIN ILINCA, and MIHAI ALEXANDRU DIDU, defendants herein, and others known and unknown, knowingly did conspire, combine, confederate, and agree to commit offenses against the United States, to wit:

a.  knowingly and with intent to defraud, and affecting interstate and foreign commerce, trafficked in or used one and more unauthorized access devices during any one-year period, and by such conduct obtained a thing of value aggregating $1,000 or more during that period,

       in violation of Title 18, United States Code, Section 1029(a)(2); and

b.    knowingly and with intent to defraud, and affecting interstate and foreign commerce, possessed fifteen or more counterfeit and unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3).

Manner and Means of the Conspiracy

16.    Each allegation set forth in paragraph 13 is incorporated as if fully set forth herein.

Overt Acts

17.    In furtherance of the conspiracy, and in order to effectuate the objects thereof, CIPRIAN DUMITRU TUDOR, MIHAI CRISTIAN DUMITRU, BOGDAN BOCEANU, BOGDAN-MIRCEA STOICA, OCTAVIAN FUDULU, IULIAN SCHIOPU, RAZVAN LEOPOLD SCHIBA, DRAGOS RAZVAN DAVIDESCU, ANDREI BOLOVAN, LAURENTIU CRISTIAN BUSCA, GABRIEL SAIN, DRAGOS NICOLAE DRAGHICI, STEFAN SORIN ILINCA, and MIHAI ALEXANDRU DIDU, defendants herein, and others known and unknown, committed the following overt acts, among others, within the District of Connecticut and elsewhere:

a.    On or about June 13, 2005, one or more of the co-conspirators sent an email message to an individual in Connecticut in which the recipient of the email message was instructed to access a counterfeit People's Bank

        website in order to regain access to a locked online banking account.

b. In or about June 2005, one or more of the co-conspirators withdrew $2,602.81 from the account of a People's Bank customer without authorization, using ATM machines in Craiova, Romania.

c. On or about January 12, 2006, TUDOR accessed the collector account "vercarti1@yahoo.com."

d. On or about January 30, 2006, TUDOR accessed the collector account "fly4hell@yahoo.com."

e. On or about March 27, 2005, TUDOR sent an email message to OVIDIU-IONUT NICOLA-ROMAN, a co-conspirator not charged herein, containing files used to create a counterfeit Internet site for Regions Bank.

f. In or about October 2006, DUMITRU accessed the collector account "pulawork@yahoo.com."

g. On or about March 29, 2007, DUMITRU sent an email message to TUDOR containing the online banking accounts and passwords of four victims.

h. On or about October 11, 2004, BOCEANU sent an email message to SCHIOPU containing the credit or debit card numbers of approximately 88 victims.

i. On or about May 5, 2006, BOCEANU sent an email message to STOICA containing a program used to harvest email

addresses from Internet sites.

j. On or about April 19, 2006, STOICA sent an email message to himself containing the credit or debit card numbers of approximately five victims, which had been provided to him by FUDULU.

k. On or about May 14, 2006, STOICA sent an email message to PETRU BOGDAN BELBITA, a co-conspirator not charged herein, containing a program used to harvest email addresses from Internet sites.

l. In or about September 2005, FUDULU forwarded an email message from SAIN to three co-conspirators containing a program used to harvest data, including email addresses, from Internet sites.

m. On or about March 5, 2006, FUDULU forwarded an email message from SAIN to a co-conspirator containing hundreds of email addresses.

n. On or about May 14, 2006, SCHIOPU sent an email message to BOCEANU containing the credit or debit card numbers of approximately 30 victims.

o. On or about October 19, 2006, SCHIOPU forwarded an email message from a co-conspirator to STOICA containing a program used to harvest email addresses from eBay.

p. On or about August 25, 2004, SCHIBA forwarded an email

     message from a co-conspirator to BOCEANU containing information used to identify the financial institution that issued particular credit or debit cards.

q.  On or about January 10, 2006, SCHIBA sent himself an email message, falsely purporting to be from "suspension@eBay.com," in which the recipient of the email message was instructed to access an Internet site in Romania in order to regain access to a suspended eBay account.

r.  On or about March 13, 2006, DAVIDESCU sent an email message to PETRU BOGDAN BELBITA, a co-conspirator not charged herein, containing a program used to harvest data, including email addresses, from Internet sites.

s.  On or about July 6, 2005, BOLOVAN forwarded an email message from OVIDIU-IONUT NICOLA-ROMAN, a co-conspirator not charged herein, to a co-conspirator containing a program used to harvest email addresses from the Internet.

t.  On or about December 23, 2005, BOLOVAN sent an email message to a co-conspirator containing the credit or debit card numbers of approximately two victims.

u.  On or about August 21, 2006, BUSCA forwarded an email message from a co-conspirator to DRAGHICI containing a

       program used to produce counterfeit credit or debit cards.

v. On or about April 7, 2006, SAIN sent an email message to BOCEANU containing the user names, addresses, credit or debit card numbers, PIN numbers, and Social Security numbers of approximately nine victims.

w. On or about November 17, 2005, DRAGHICI forwarded an email message from ILINCA to a co-conspirator containing the names, addresses, credit or debit card numbers, PIN numbers, and Social Security numbers of approximately 343 victims.

x. On or about February 5, 2006, ILINCA sent an email message to STOICA containing the names, addresses, credit or debit card numbers, PIN numbers, and Social Security numbers of approximately 14 victims.

y. On or about March 8, 2007, DIDU sent an email message to OVIDIU-IONUT NICOLA-ROMAN, a co-conspirator not charged herein, containing the credit or debit card numbers of approximately 4 victims.

z. On or about May 10, 2007, DIDU sent an email message to BOCEANU containing the credit or debit card numbers of approximately 53 victims.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNTS THREE - ELEVEN
(Aggravated identity theft)

18. Each allegation set forth in paragraphs 1-17 is incorporated as if fully set forth herein.

19. On or about the dates specified below, outside the District of Connecticut, CIPRIAN DUMITRU TUDOR, MIHAI CRISTIAN DUMITRU, BOGDAN BOCEANU, BOGDAN-MIRCEA STOICA, OCTAVIAN FUDULU, IULIAN SCHIOPU, DRAGOS RAZVAN DAVIDESCU, LAURENTIU CRISTIAN BUSCA, GABRIEL SAIN, DRAGOS NICOLAE DRAGHICI, STEFAN SORIN ILINCA, and MIHAI ALEXANDRU DIDU, defendants herein, knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person whose identity is known to the grand jury, as specified below, during and in relation to violations of Title 18, United States Code, Sections 1349 and 1029(b)(2), as charged in Counts One and Two of this Indictment:

|    | COUNT | DEFENDANT | DATE | VICTIM |
|----|-------|-----------|------|--------|
| a. | THREE | TUDOR | 11/24/05 | Name, address, credit or debit card number, and Social Security number of "R.J." |
| b. | FOUR | DUMITRU | 3/29/06 | Name, credit or debit card number, and Social Security number of "S.S." |
| c. | FIVE | BOCEANU, SCHIOPU | 8/8/06 | Name and credit or debit card number of "J.M." |

13

|    |        |                    |         |                                                                                      |
|----|--------|--------------------|---------|--------------------------------------------------------------------------------------|
| d. | SIX    | STOICA, FUDULU     | 5/17/06 | Name, credit or debit card number, and Social Security number of "M.G."              |
| e. | SEVEN  | DAVIDESCU          | 2/6/06  | Name, credit or debit card number, and Social Security number of "D.R."              |
| f. | EIGHT  | BUSCA              | 2/26/06 | Name, address, credit or debit card number, and Social Security number of "E.C."     |
| g. | NINE   | BOCEANU, SAIN      | 4/7/06  | Name, credit or debit card number, and Social Security number of "J.K."              |
| h. | TEN    | DRAGHICI, ILINCA   | 7/16/06 | Name, address, credit or debit card number, and Social Security number of "L.R."     |
| i. | ELEVEN | DIDU               | 1/14/06 | Name, address, and credit or debit card number of "D.R."                             |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count Two of this Indictment, CIPRIAN DUMITRU TUDOR, MIHAI CRISTIAN DUMITRU, BOGDAN BOCEANU, BOGDAN-MIRCEA STOICA, OCTAVIAN FUDULU, IULIAN SCHIOPU, RAZVAN LEOPOLD SCHIBA, DRAGOS RAZVAN DAVIDESCU, ANDREI BOLOVAN, LAURENTIU CRISTIAN BUSCA, GABRIEL SAIN, DRAGOS NICOLAE DRAGHICI, STEFAN SORIN ILINCA, and MIHAI ALEXANDRU DIDU, defendants herein, shall forfeit to the United States of America, pursuant to 18 U.S.C. Section 1029(a)(1)(C), 18 U.S.C. Section 981(a)(1)(C), and 28 U.S.C. Section 2461(c), all right, title, and interest in any and all personal property that was used or intended to be used to commit the offense and any and all property, real or personal, which constitutes or is derived from proceeds traceable to the offense, and a sum of money equal to the total amount of proceeds obtained as a result of the offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. Section 853(p), as incorporated by 28 U.S.C. Section 2461(c), to seek forfeiture of any other

property of said defendants up to the value of the forfeitable property described above.

All in accordance with 18 U.S.C. Sections 981(a)(1) and 1029(c)(1)(C), as incorporated by 28 U.S.C. Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

s/Foreperson

FOREPERSON

UNITED STATES OF AMERICA

*David B. Fein* MJG
DAVID B. FEIN
UNITED STATES ATTORNEY

*Edward Chang*
EDWARD CHANG
ASSISTANT UNITED STATES ATTORNEY